

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2007 AUG 29 PM 3: 17

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

Case Number: **6:05-CR-27-ORL-22KRS**

**ROBERT JAY MAPLES**

USM Number: 25917-018

Clarence W. Counts, Jr., Esquire
Assistant Federal Public Defender

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 3, 4, 6, and 7 of the Superseding Petition for Warrant for Offender Under Supervised Release. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge No. | Nature of Violation | Violation Date |
|---|---|---|
| 3 | Failure to notify Probation Officer of arrest on 5/19/07 for Burglary of a Conveyance | May 19, 2007 |
| 4 | Failure to participate in Drug Aftercare Treatment (Deft was unsuccessfully discharged from drug treatment based upon unsatisfactory participation at individual and group counseling sessions) | May 24, 2007 |
| 6 | Failure to submit written monthly report for month of May, 2007 | June 5, 2007 |
| 7 | Failure to submit to Mandatory Drug Testing | June 29, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations 1, 2, and 5 of the Superseding Petition are dismissed upon motion by the Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 8/24/2007

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

August 28, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ROBERT JAY MAPLES
6:05-CR-27-ORL-22KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FOURTEEN (14) MONTHS,** with no supervised release to follow.

It is requested by the Court that the Bureau of Prisons provide the defendant with drug abuse treatment and treatment for his asthma while he is in confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case